**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **MIHRDAT HOVHANNISYAN** | **CIVIL ACTION NO. 26-1071** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ALEXANDER C. VAN HOOK** |
| **WARDEN JACKSON PARISH** | **MAG. JUDGE KAYLA D. MCCLUSKY** |
| **CORRECTIONAL CENTER** | |

## ORDER

Petitioner shall, within **thirty (30) days** of the date of this Order, file an amended petition and, to the best of his ability and means:[1]

(1) explain why there is no significant likelihood of his removal in the reasonably foreseeable future; Petitioner may, for example, include information concerning whether he completed any documents to assist in his removal, whether any travel document has been issued, whether he has fully cooperated in efforts to remove him, whether to his knowledge any U.S. governmental official has been in contact with any third country (any country other than Armenia) or consulate of any third country in efforts to remove him, whether the U.S. Government has identified a third country for his removal, whether the U.S. Government has made any progress in obtaining travel documents for him, whether the U.S. Government has received any responses to any requests for assistance in obtaining travel documents; whether any country has agreed to accept Petitioner, and whether he has citizenship in any country other than Armenia; and

(2) if possible provide a copy of all relevant documents, including documents concerning where and why Petitioner was taken into custody and detained.[2]

---

[1] Failure to comply with this Order may result in dismissal of this action under Rule 41(b) or 16(f) of the Federal Rules of Civil Procedure. Petitioner is further required to notify the Court of any change in his address under Rule 41.3 of the Local Rules for the Western District of Louisiana.

[2] Petitioner only needs to provide copies of documents he can access or documents he can obtain using reasonable efforts. Currently, he does not need to seek the Court's assistance in obtaining any documents.

In Chambers, Monroe, Louisiana, this 13th day of April, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge