**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| MIHRDAT HOVHANNISYAN | CIVIL ACTION NO. 26-1071 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN JACKSON PARISH CORRECTIONAL CENTER | MAG. JUDGE KAYLA D. MCCLUSKY |

## ORDER

Considering the foregoing Renewed Motion for Temporary Restraining Order,

**IT IS ORDERED** that the Renewed Motion for Temporary Restraining Order, Record Document 12, is **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 9th day of June, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE