**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**MIHRDAT HOVHANNISYAN** — **CIVIL ACTION NO. 26-1071-P**

**VERSUS** — **JUDGE DONALD E. WALTER**

**WARDEN JACKSON PARISH CORRECTIONAL CENTER, ET AL.** — **MAG. JUDGE KAYLA D. MCCLUSKY**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED** that Petitioner Mihrdat Hovhannisyan's Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 10th day of August, 2026.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE